## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Krystin M. Saunders**<br>                    Debtor(s) | **BK NO. 19-22984 GLT**<br><br>**Chapter 7** |
| **PennyMac Loan Services, LLC**<br>                    Movant<br><br>          vs.<br><br>**Krystin M. Saunders**<br>                    Debtor(s)<br><br>**Jeffrey J. Sikirica**,<br>Trustee | |

### CERTIFICATE OF SERVICE OF
### Default Order on Motion for Relief from the Automatic Stay

I, James C. Warmbrodt, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on May 22, 2020, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Krystin M. Saunders
847 West Newton Road
Trailer 20
Elizabeth, PA 15037

Attorney for Debtor(s)
Maureen Kroll, Esq.
8981 Norwin Avenue (VIA ECF)
Suite 203
North Huntingdon, PA 15642

Trustee
Jeffrey J. Sikirica
121 Northbrook Drive (VIA ECF)
Pine Township
Gibsonia, PA 15044

Method of Service:  electronic means or first class mail

Dated: May 22, 2020

                              **/s/James C. Warmbrodt, Esquire**
                              James C. Warmbrodt, Esquire
                              Attorney I.D. No. 42524
                              KML Law Group, P.C.
                              BNY Mellon Independence Center
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106
                              412-430-3594
                              jwarmbrodt@kmllawgroup.com